Certificate Number: 16339-CO-DE-037377743

Bankruptcy Case Number: 23-10601



16339-CO-DE-037377743

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 25, 2023</u>, at <u>10:45</u> o'clock <u>PM EDT</u>, <u>Lorenzo Fernandez reta</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date: <u>April 25, 2023</u>  By: <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>

Certificate Number: 16339-CO-DE-037377744

Bankruptcy Case Number: 23-10601



16339-CO-DE-037377744

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 25, 2023, at 10:45 o'clock PM EDT, Belkis Fernandez completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date:  April 25, 2023            By:    /s/Kelley Tipton

                                 Name:  Kelley Tipton

                                 Title: Certified Financial Counselor